# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERTA QUIAH, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 19-4630 |
| : | |
| THE DEVEREUX FOUNDATION, INC., : | |
| ET AL., : | |
| : | |
| Defendants. : | |

## ORDER

This 19th day of June, 2020, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 22, is **GRANTED.** Plaintiff's claims under state and federal law are **DISMISSED** without prejudice. Should Plaintiff seek to amend the federal claims, such amendment must be filed within twenty days. Plaintiff is specifically granted leave to proceed with her state law claims pursuant to 28 U.S.C. § 1367(d).

s/ Gerald Austin McHugh
United States District Judge