# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERTA QUIAH, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 19-4630 |
| : | |
| THE DEVEREUX FOUNDATION, INC., : | |
| ET AL., : | |
| : | |
| Defendants. : | |

## ORDER

This 22nd day of September, 2020, it is hereby **ORDERED** that the Motions to Dismiss of the governmental Defendants, ECF 43, 45, and 46, are **GRANTED**, and the claims against all Defendants except The Devereux Foundation are dismissed with prejudice. It is **further ORDERED** that Devereux's Motion to Dismiss, ECF 44, is **GRANTED.** Plaintiff's claims brought under federal law are dismissed with prejudice, and her claims under Pennsylvania law without prejudice, with leave to pursue them in state court pursuant to 28 U.S.C. § 1367(d). The Clerk is requested to mark this case **CLOSED** for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge